# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-24-00381-CR

---

**Raymond Antonio Rivera, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 27TH DISTRICT COURT OF BELL COUNTY**
**NO. 82849, THE HONORABLE JOHN GAUNTT, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

A jury found appellant Raymond Antonio Rivera guilty of murder. *See* Tex. Penal Code § 19.02(b)(2). Following a hearing on punishment, the trial court sentenced him to thirty years' confinement and ordered that he make restitution payments totaling $5,936.70. *See* Tex. Code Crim. Proc. art. 42.037(d).

Rivera's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See* 386 U.S. 738, 744 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81–82 (1988). Rivera's counsel has also certified to the Court that she sent copies of the motion and brief to Rivera; informed him of his right to examine the appellate record and file a pro se

response; and provided him with a motion to assist him in obtaining the record. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744. To date, no pro se response has been filed.

We have conducted an independent review of the record, including the record of the trial and sentencing proceedings below and appellate counsel's brief, and find no reversible error. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We agree with counsel that the record presents no arguably meritorious grounds for review, and the appeal is frivolous.

Counsel's motion to withdraw is granted. The trial court's judgment of conviction is affirmed.

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Affirmed

Filed: August 1, 2025

Do Not Publish